UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MAURICE OPARAJI,

                        **Plaintiff,**                    **19-CV-4034 (AT)(SN)**

      -against-                                  **ORDER**

**MUNICIPAL CREDIT UNION,**

                        **Defendant.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge.**

      Defendants' memorandum of law in support of their motion to dismiss, ECF No. 23, notes that Plaintiff was refunded in full for all overdraft fees alleged in the complaint. See Defs.' Mot. at 3, n.3. Exhibit E to Plaintiff's Opposition, ECF No. 14, is a letter from Defendant Municipal Credit Union dated August 2, 2018, stating that Plaintiff had been credited $2,070.00 as a refund for the disputed overdraft fees. Id. at 26-27. Defendants' response to Plaintiff's objection to the Court's Report and Recommendation argues that the refund renders Plaintiff's breach of contract claim moot. ECF No. 28, at 4-5.

      By June 12, 2020, the parties shall file a letter, not to exceed five pages, addressing whether Plaintiff's remaining claims are moot because of the refund of the overdraft fees.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    June 4, 2020
               New York, New York

cc:       Maurice Oparaji (*by chambers*)
           245-11 133 Road
           Rosedale, NY 11422

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/2020